AEDKy 520 (Rev 02/07) Complaint under Bivens Action

UNITED STATES DISTRICT COURT
Southern District of Texas
Corpus Christi DIVISION at _____

Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 20 2017

David J. Bradley, Clerk of Court

CIVIL ACTION NO. 2:16-CV-457   (Court Clerk will supply)

MICHAEL FASEIER
PLAINTIFF

VS:

COASTAL BEND DETENTION CENTER / Correct Care Solutions / U.S Marshal

DEFENDANTS

(do not use "et al.", enter full names)

Demand for Jury Trial:
Yes (✓)   No (   )

I. Plaintiff:

   A. Name (list any aliases): _____
   B. Prisoner ID #: 15449474  Check one: Convicted ✓   Pretrial Detainee ___
   C. Place of present confinement: McCreary Federal U.S.P
   D. Address: P.O. Box 3000 Pine Knot K.Y. 42635

II. Defendant(s): (additional defendants may be listed on a separate sheet of paper)

   A. Defendant's Name: N/A. All that were involved.
      Title or Position: Medical
      Place of Employment: Correct Care Solutions
   B. Defendant's Name: N/A. All that were involved.
      Title or Position: Security Staff
      Place of Employment: COASTAL Bend Detention Center

Page 1 of 8

AEDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

C.  Defendant's Name: N/A All that were involved
    Title or Position: U.S. Marshal Service
    Place of Employment: U.S. Government
D.  Defendant's Name: _____
    Title or Position: _____
    Place of Employment: _____
E.  Defendant's Name: _____
    Title or Position: _____
    Place of Employment: _____

## III. Statement of Claim:

Below you should state the FACTS of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

The "U.S. Marshal Service" refused to give Me Needed Medical treatment, My recalled I.V.C Filters Are causing Pain and All kinds of Medical issues. After reporting this repeatedly I was told At my plea hearing that it was of No importants to the U.S. Marshal Service. I Do think that My life is important I will Die or end up physically impaired for life Becuz of these recalled I.V.C filters I'm a walking time Bomb.

the "Coastal Bend Detention center" refused to even diagnosis Me No matter

Page 2 of 8

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

How many times that I complered, and "they", the Docter refused to give Me a needed walking cane and Made Me suffer in pain walking with out cane. The Staff of Coastal Bend DID Nothing to Make sure that I got treated properly.

Correct Care Solutions, DID Nothing for me, to stop the pain and suffering, I am still suffering pain to this day and am still not treated becuz of these Docters and Staff at these places And the Marshals Most of all are still Making Me Suffer with out treatment All Three of these Sevices have Caused a lot of Damage to Me Physically and Phsycologically, I will Be scared for life Because of what has been Done to Me, If I live long enough to get the treatment I Deserve. Please stop My Suffering and My Pain!!!

B.  When did these events happen?   "2016"

Around the Beginings of July I repeatedly ask for treatment over and over and over chin Never recieve it for My I.V.C Filters that have Been recalled or a cane for My messed up Knee I complained for about five Months Months And Still Never got any treatment for My life-threatening Medical Medical Issues "through July/Dec" "and I'm Still complaining", I'm still in Pain"

Page 3 of 8

€EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

C. Where did these events happen?

_____
_____
_____
_____
_____

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

I was provided Cruel and unusual Punishment and All three Sevices were in Violation of My Eighth Amendment, Fifth, Eighth, And Fourteenth Amendments to U.S. Constitution

IV. Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. Federal Prisoners answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?   YES (✓)   NO (—)

2. If so, did you (check ALL that apply):

_____ file a request or appeal to the Warden                    _____ date

_____ appeal to the Regional Director                           _____ date

_____ appeal to the Office of General Counsel                   _____ date

3. ATTACH a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

Page 4 of 8

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

4. What was the result? <u>Unknown – I was transferred to another Facility without any of my property and papers and was not given Notice of any hearings or results</u>

5. If you did not file a grievance, why not? _____

B. State Prisoners answer the following:

1. Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?   YES (___) NO (___)

2. If you filed a grievance under CPP 14.6, did you (check ALL that apply):

_____ file a grievance and seek an informal resolution         _____ date
_____ request a hearing from the Grievance Committee          _____ date
_____ appeal to the Warden                                     _____ date
_____ appeal to the Commissioner                               _____ date

Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
YES (___) NO (___)                                             _____ date

3. ATTACH a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4. What was the result? _____

5. If you did not file a grievance, why not? _____

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

C. County or City Prisoners answer the following:

1. Is there a grievance/appeal policy at your jail? YES (__) NO (__)
2. ATTACH a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

_____
_____

3. Did you file a grievance regarding these facts? YES (__) NO (__)
4. If you filed a grievance:

   a. What steps did you take to use the grievance process? _____

   _____
   _____
   _____
   _____

   b. What was the result? _____

   _____
   _____

   c. If unsuccessful, did you file an appeal? YES (__) NO (__)
   d. What was the result? _____

   _____
   _____

   e. Did you take any further steps in the grievance process?
      YES (__)    NO (__)    NO MORE AVAILABLE (__)
   f. What was the result? _____

   _____
   _____

5. If you did not file a grievance, why not?: _____

_____
_____
_____
_____

AEDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

V. OTHER LAWSUITS

A. Have you filed any other lawsuit dealing with the same facts raised in this action? YES (✓) NO (__)

B. If your answer to question A is YES, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:
Plaintiff: Michael FASELER
Defendant(s): COASTAL BEND DETION CENTER, et al, / correct Care Solutions

2. COURT: (name the district for a federal court, or the county for a state court) United States District Court Southern District of TEXAS

3. CASE NO.: 2:16-CV-457   DATE FILED: October 27, 2016 / 28/2016

4. OUTCOME: (is the case still pending? was it dismissed? being appealed?) November 16/2016 The case is Still Pending

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: N/A

C. List any other lawsuits that you have filed in any state or federal court:

1. Plaintiff _____ vs. Defendant(s) _____
Court Name: _____   Case No.: _____
Nature of Claim: _____   Date Filed: _____
Outcome: _____   Date: _____

2. Plaintiff _____ vs. Defendant(s) _____
Court Name: _____   Case No.: _____
Nature of Claim: _____   Date Filed: _____
Outcome: _____   Date: _____

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

3. Plaintiff _Faseler_ vs. Defendant(s) _Unknown U.S. Marshals_

Court Name: _____   Case No.: _____

Nature of Claim: _____   Date Filed: _____

Outcome: _____   Date: _____

## VI. Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

For My Pain and Suffering as well as My Phsycological Damage I want $2.1 Million Dollars and $3.1 Million in Punitive damages and 50,000 Dollars a Day for having to Be Punished for a Sentence that I am Serving on top of My 70 Months I was Sentens "Extra Punishment"

## VII. Review this Form.

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

### CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Michael C. Sosa
_Michael C. FASELER_  15449479   3/9/2017
Signature of Plaintiff      Prison ID#       Date

Plaintiff's Address: McCreary USP
P.O. Box 3000 Pine Knot K.Y.
42635

Page 8 of 8

UNITED STATES DISTRICT COURT
*Southern District of Texas*
*Corpus Christi Division*
Directions for Completing the
<u>CIVIL RIGHTS COMPLAINT</u>

This form is to be used to file a lawsuit:

- against state or local officials under the Civil Rights Act, 42 U.S.C. §1983, or

✓ against federal officials under 28 U.S.C. §1331 pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).

Complete the entire form. ANSWER ALL QUESTIONS.

Do not include legal arguments or citations. EXPLAIN THE FACTS -- what happened, on what date, where, and who was involved or was responsible.

You may attach additional sheets if you need more space, but stating simply "see attached" may result in dismissal of your complaint without prejudice.

You may draft your own complaint, but it must contain all of the information requested in this form. It must be typed or clearly handwritten.

You are responsible for paying the $350 filing fee once your Complaint is filed, regardless of the outcome of your case.

If you cannot pay the entire fee when the Complaint is filed, you may file an application to proceed *in forma pauperis*. Your *in forma pauperis* application must include a completed affidavit form. Prisoners must also include a completed Certificate of Inmate Account.

If the Court grants you pauper status, the Court will permit you to proceed by paying only part of the fee or no fee at all. Prisoners must always pay the entire amount of the filing fee, but are permitted to pay it in installments if granted pauper status.

Keep a copy of all documents you file with the Court for your own records. The Clerk of the Court must charge for copies, regardless of *in forma pauperis* status.

You must advise the Clerk of the Court if you change your address. Your case may be dismissed if you fail to do so.

Revised 2/5/07

