Case 2:17-cv-00109   Document 5   Filed on 03/22/17 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 22, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL FASELER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-109 |
| | § | |
| COASTAL BEND DETENTION CENTER, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff filed a complaint correctly listing civil action number 2:16-cv-457. (D.E. 1). However, the Clerk of Court inadvertently opened a new case. The Clerk of Court is directed to file Docket Entry 1 in Case Number 2:16-cv-457. The Clerk of Court is further directed to close this case (Case Number 2:17-cv-109). Plaintiff Michael Faseler is instructed that all future filings shall be under the original case number, 2:16-cv-457, and he may disregard the Notice of Deficient Pleading dated March 22, 2017. (D.E. 4).

ORDERED this 22nd day of March, 2017.

_____
Jason B. Libby
United States Magistrate Judge